FILED
06/21/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__JARED MYNATT__

vs

(Full name of defendant(s))

__DENNIS REAGLE__

Case Number:

2:23-cv-00310-JRS-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__Wabash Valley Corr. Facility P.O. #1111 Carlisle Ind 47838__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Dennis Reagle Et Al__
(Name)

Complaint - 1

(Defendants)

Dennis Reagle

C. Conyers

LT Simone

Sgt Mason

c/o Vandine

c/o Ballard

Nurse Kathy

Nurse Heather

Nurse Angie

D. Alsip

M. Bryant

Complaint 2

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___N/A___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Pendleton Corr. Facility 4490 W. Reformatory Rd Pendleton, Ind___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

___(See Attachment)___

Sec. 4(B)  Statement of Claim

On or about Aug 4, 2020, Plaintiff was subjected to excessive force by LT. Simone, Sgt. Mason, C/o Vandine, C/o Ballard, Inadequate care by Nurse Kathy, Nurse Heather and Nurse Angie. During an incident with staff, C/o Ballard attempted to restrain plaintiff by placing plaintiff in a choke hold, Plaintiff was not resisting staff. C/o Vandine started punching and kneeing plaintiff in the back, head and ribs. At this point LT. Simone being the senior officer, seeing the situation stated "Don't leave any marks". At this time Sgt. Mason grabbed plaintiffs left Leg/knee and twisted causing plaintiffs knee to "Pop". The knee immediately became swollen and bruised.

Plaintiff was later taken to medical, plaintiff could not walk, upon seeing the injury Nurse Heather refused plaintiff treatment stating "I'm not doing anything, Next time comply with staff"

Nurse Kathy, Nurse Angie and LT. Simone were also there, Nurses Kathy and Angie both stated "I following her orders" pointing to Nurse Heather.

Plaintiff attempted to file a grievance, got no reply, wrote C. Conyers requesting a reply to the grievance and still got no reply, so plaintiff wrote

(4)

Mr Dennis Reagle about the incident, lack of medical care and Non-response to grievances Plaintiff recieved no reply, Nor was there any correction or remedy given to plaintiff.

This Claim is for Excessive Force, Inadequate medical care, Supervisor Liability

Sec 4(B) (Statement of claim)

2) On or about Sept 14, 2020 Plaintiff submitted a medical request for his knee injury sustained on or about Aug 4, 2020. Plaintiff did recieve an xray, However plaintiff reported to nurse Angie that plaintiff was still suffering from severe pain, swelling, loss of motion. I was told by nurse Angie, after plaintiff inquired about an M.R.I, "If its not broke I don't care.
Plaintiff pursued all avaliable grievance process

3) On Sept 24, 2020 Plaintiff submitted another medical request, plaintiff got no response.

4) Plaintiff again pursued grievance processes that were "available" to no avail, Plaintiff then wrote D. Reagle, M. Bryant, D. Alsip, C. Conyers advising them of the situation, Plaintiff got no response or remedy.

(6)

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

*Any and All allowable by law.*



E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this __16__ day of __June__ 20_23_.

Respectfully Submitted,

*/s/ M. Mipnett*
Signature of Plaintiff

__120001__
Plaintiff's Prisoner ID Number

__#1111 Carlisle Ind. 47838__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.



Complaint - (8)