UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JARED MYNATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00310-JRS-MKK |
| | ) | |
| DENNIS REAGLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITH PREJUDICE**.

Date: 6/12/2024

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JARED MYNATT
120001
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838